# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 14-34668 |
| | ) Chapter 7 |
| DALE J. KOTNOUR, | ) |
| | ) Hon. Deborah L. Thorne |
| Debtor. | ) |
| | ) Hearing Date: June 22, 2016 |
| | ) Hearing Time: 10:00 a.m. |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD, FOR COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:                     Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:              The Estate

Date of Order Authorizing
Employment:                            December 15, 2015

Period for which Compensation
and Reimbursement is Sought:           December 17, 2015 through December 28, 2015

Amount of Final Fees Sought:           $1,096.50

Amount of Final Expense
Reimbursement Sought:                  $     0.00

This is an:    X    Final         Interim Application.

Prior Applications           Date Filed    Amount Requested    Amount Awarded

None

Dated: May 26, 2016                    Respectfully submitted,

                                       Popowcer Katten, Ltd., Accountants


                                       By: /s/ Lois West
                                           Lois West, CPA

27095480v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 14-34668 |
| | ) Chapter 7 |
| DALE J. KOTNOUR, | ) |
| | ) Hon. Deborah L. Thorne |
| Debtor. | ) |
| | ) Hearing Date: June 22, 2016 |
| | ) Hearing Time: 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE**

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of Lee Michael Facklis (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period December 17, 2015 through December 28, 2015 (the "Application Period"). In support of this Application, Popowcer states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1.    On September 24, 2014, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, as amended (the "Bankruptcy Code"), thereby commencing the above-captioned Case.

2.    Shortly thereafter, Gus A. Paloian was appointed as Chapter 7 Trustee for the Estate.

3.    On February 10, 2015, the Trustee filed an Initial Report of Assets following the Debtor's February 6, 2015, Meeting of Creditors.

27095480v.1

4.  By its Order of December 15, 2015, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the December 1, 2015 order is attached hereto as **Exhibit 1**.

### EXTENT AND NATURE OF SERVICES RENDERED

5.  Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of tax forms and returns for the Estate for the final tax year 2015. Additionally, Popowcer prepared letters to the Internal Revenue Service (the "IRS") and the Illinois Department of Revenue (the "IDOR") in accordance with section 505(b) and responded to multiple notices received from the IRS and IDOR.

6.  In this Application, Popowcer seeks the allowance of $1,096.50 in final compensation for necessary services rendered. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

### PRIOR COMPENSATION

7.  This is the first and final application that Popowcer will file in the case.

8.  Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

### STATUS OF CASE

9.  The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

### RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

27095480v.1

    A.    Allowing Popowcer final compensation in the amount of $1,096.50;

    B.    Authorizing the Trustee to pay Popowcer the amount of $1,096.50 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

    C.    Granting such other and further relief as this Court deems proper.

Dated: May 26, 2016        Respectfully submitted,

                      Popowcer Katten, Ltd., Accountants

                      By: /s/ Lois West
                          Lois West, CPA

27095480v.1

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-34668 |
| DALE J. KOTNOUR, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY POPOWCER KATTEN, LTD. AS HIS ACCOUNTANT

Upon the Application (the "Application") of Chapter 7 Trustee (the "Trustee") for Entry of Order Authorizing and Approving the Retention of Popowcer Katten, Ltd. ("PKL") as His Accountant; and upon the Affidavit of Lois West (the "West Affidavit"); due and adequate notice of the Application having been provided and no other or further notice being required;

IT IS ORDERED THAT:

1. The Application is granted.

2. The notice of the Application as given is deemed sufficient and proper.

3. In accordance with 11 U.S.C. §§ 105(a), 327(a), and 328(a), and Federal Rule of Bankruptcy Procedure 2002(a)(6), the retention and employment of PKL, on the terms and conditions described in the Application and the West Affidavit, is authorized and approved.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter: /s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 15, 2015

**Prepared by:**

Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5000

# EXHIBIT 2

Invoice No. 28614



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Dale J. Kotnour (14-34668)
- Seyfarth Shaw LLP
- c/o Gus A. Paloian, Trustee
- 131 S. Dearborn Street, Suite 2400
- Chicago, IL 60603

**Date:** April 14, 2016  **Account No.:** PAL1031L

For Professional Services Rendered:

For accounting and tax services rendered for the period December 17, 2015 through December 28, 2015 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2015 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue to request and expedited audit in accordance with code section 505 (b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 4.3 | $255. | $ 1,096.50 |
|  | Total : | 4.3 |  | $ 1,096.50 |

**ESTATE OF DALE J. KOTNOUR (14-34668)**

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/2015 | Tax Return Preparation - Review trustee's forms 1 and 2 and motion to sell right title and interest in rental property. | 0.6 | L. West | $255 | 153.00 |
| 12/19/2015 | Tax Return Preparation - Prepare workpapers for 12/31/15 - calculate tax basis in property sold and loss on sale of interest. | 1.5 | L. West | $255 | 382.50 |
| 12/23/2015 | Tax Return Preparation - Prepare federal and state fiduciary returns for final year ended 12/31/15 - forms 1041/1040 and IL-1041/IL-1040. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Draft statement for attachment to returns re: bankruptcy filing and make manual changes as required. | 1.9 | L. West | $255 | 484.50 |
| 12/28/2015 | Tax Review - Final review - check assembly and sign returns for final year ended 12/31/15 forms 1041 / 1040 and IL-1041/IL-1040. | 0.3 | L. West | $255 | 76.50 |
| | Total | 4.3 | | | 1,096.50 |

1