## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 14-34668 |
| | Chapter 7 |
| DALE J. KOTNOUR, | |
| | Hon. Deborah L. Thorne |
| Debtor. | |
| | Hearing Date: June 22, 2016 |
| | Hearing Time: 10:00 a.m. |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on May 26, 2016, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: May 26, 2016

*Jennifer M. McManus*
Jennifer M. McManus

Subscribed and sworn to be before me
this 26th day of May, 2016

*Jennifer B. Woods*
Notary Public

JENNIFER B WOODS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 17, 2019

27134858v.1

## DALE J. KOTNOUR
## SERVICE LIST

### VIA ELECTRONIC CM/ECF

- **Patrick S. Layng**         USTPRegion11.ES.ECF@usdoj.gov
- **Dennis M. Sbertoli**       dsbert4978@aol.com
- **Jason R. Sleezer**         jsleezer@skcounsel.com, rybarra@skcounsel.com

### VIA UNITED STATES MAIL

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

Foley & Lardner, LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654

Nationstar Mortgage
P.O. Box 619063
Dallas, Texas 75261

Inland Bank
c/o Scott Kraus, LLC
150 S. Wacker Drive, Ste. 2900
Chicago, IL 60606

Elixis Group, Inc.
1595 Brummel Dr.
Elk Grove, IL 60007

Hayescape, LLC
2565 Palmer Avenue
University Park, IL 60484

Normantown Partners, LLC
2565 Palmer Ave.
University Park, IL 60484

VNA Health Care
C/O Peter K. Wilson, Jr.
2111 Plum Street, Suite 201
Aurora,, IL 60506