**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-34668 |
| | § | |
| DALE J KOTNOUR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $1,903,369.00 | Assets Exempt: | $543,200.00 |
| Total Distributions to Claimants: | $15,951.20 | Claims Discharged Without Payment: | $1,297,232.75 |
| Total Expenses of Administration: | $14,048.80 | | |

  3)  Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,561,050.00 | $202,625.57 | $202,625.57 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $14,048.80 | $14,048.80 | $14,048.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $1,313,183.95 | $1,313,183.95 | $15,951.20 |
| **Total Disbursements** | $1,561,050.00 | $1,529,858.32 | $1,529,858.32 | $30,000.00 |

4). This case was originally filed under chapter 7 on 09/24/2014. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/12/2016     By: /s/ Gus A. Paloian
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 12536 Route 34, Plano, IL - Rental Property | 1110-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | $30,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Inland Bank & Trust | 4110-000 | $0.00 | $140,021.35 | $140,021.35 | $0.00 |
| 3 | Inland Bank & Trust | 4110-000 | $0.00 | $62,604.22 | $62,604.22 | $0.00 |
|  | Bank of America | 4110-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
|  | Inland Bank & Trust | 4110-000 | $66,300.00 | $0.00 | $0.00 | $0.00 |
|  | Inland Bank & Trust | 4110-000 | $1,250,000.00 | $0.00 | $0.00 | $0.00 |
|  | Inland Bank & Trust | 4110-000 | $138,750.00 | $0.00 | $0.00 | $0.00 |
|  | Nationstar Mortgage | 4110-000 | $88,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,561,050.00 | $202,625.57 | $202,625.57 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $3,750.00 | $3,750.00 | $3,750.00 |
| ARTHUR B. LEVINE CO. | 2300-000 | NA | $12.20 | $12.20 | $12.20 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $9,137.00 | $9,137.00 | $9,137.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $53.10 | $53.10 | $53.10 |
| POPOWCER KATTEN, LTD., | 3410-000 | NA | $1,096.50 | $1,096.50 | $1,096.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA   $14,048.80 | $14,048.80 | $14,048.80 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Inland Bank & Trust | 7100-000 | $0.00 | $1,310,497.84 | $1,310,497.84 | $15,918.57 |
| 3a | Inland Bank & Trust | 7100-000 | $0.00 | $2,686.11 | $2,686.11 | $32.63 |
| | Hayescape, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Normantown Partners, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,313,183.95 | $1,313,183.95 | $15,951.20 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

Page No: 1    Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-34668-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KOTNOUR, DALE J | Date Filed (f) or Converted (c): | 09/24/2014 (f) |
| For the Period Ending: | 7/12/2016 | §341(a) Meeting Date: | 11/12/2014 |
| | | Claims Bar Date: | 06/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6616 W. 41st St., Stickney, IL 60402 - Primary Residence | $150,000.00 | $138,750.00 | | $0.00 | FA |
| 2 | 12536 Route 34, Plano, IL - Rental Property | $105,000.00 | $105,000.00 | | $30,000.00 | FA |
| 3 | Planned Harvest: I-55 at Weber Rd., Will County, IL | $1,200,000.00 | $1,200,000.00 | | $0.00 | FA |
| 4 | 12.6 acres vacant land Route 30 and Wolves Crossing, Oswego, IL | $260,000.00 | $260,000.00 | | $0.00 | FA |
| 5 | 4 acres located at Route 53 and 135th St. in Romeoville, IL | $190,000.00 | $190,000.00 | | $0.00 | FA |
| 6 | Rental - Condominium - 2170 NE 51st Court, Unit B-10, Fort Lauderdale, FL | $60,000.00 | $60,000.00 | | $0.00 | FA |
| 7 | 2 cemetery plots at Mount Auburn Cemetary, Stickney, IL | $750.00 | $750.00 | | $0.00 | FA |
| 8 | Condominium at 2400 Light Road, Unit 206 Oswego, IL | $35,000.00 | $35,000.00 | | $0.00 | FA |
| 9 | Cash on hand | $300.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account at Chase Bank | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 11 | Checking account at Inland Bank | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 12 | Checking account at US Bank f/k/a Charter Bank | $200.00 | $200.00 | | $0.00 | FA |
| 13 | Checking account at North Community Bank | $500.00 | $500.00 | | $0.00 | FA |
| 14 | Checking account at North Community Bank | $100.00 | $100.00 | | $0.00 | FA |
| 15 | Checking account at North Community Bank/Oswego | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 16 | Savings account at Chase Bank | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 17 | Household goods and furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 18 | Wearing apparel | $150.00 | $0.00 | | $0.00 | FA |
| 19 | Roth IRA | $515,000.00 | $0.00 | | $0.00 | FA |
| 20 | Planned Harvest, LLC | $1,000.00 | $1,000.00 | | $0.00 | FA |

**Asset Notes:** Subject LLC is the owner and principal of 15 acres of land described in Schedule A. Currently subject to mortgage foreclosure proceeding in Will County, IL under case number 14 CH 988.

| 21 | 2007 Honda Accord with 87,000 miles | $8,719.00 | $8,719.00 | | $0.00 | FA |
| 22 | 1986 Chevrolet Van C20 with 89,000 miles | $1,000.00 | $1,000.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 14-34668-ERW | Trustee Name: | Gus A. Paloian |
| Case Name: | KOTNOUR, DALE J | Date Filed (f) or Converted (c): | 09/24/2014 (f) |
| For the Period Ending: | 7/12/2016 | §341(a) Meeting Date: | 11/12/2014 |
| | | Claims Bar Date: | 06/15/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 | Computer, laptop, and iPad | $350.00 | $350.00 | | $0.00 | FA |
| 24 | Planned Asset, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Kotnour's Professional Landscaping, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 26 | Kotnour Development, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 27 | Kotnour's Landscape & Nursery, Inc. Not Operating | $0.00 | $0.00 | | $0.00 | FA |
| 28 | Lakeside Partnership FEIN 36-3109844 (u) | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Country Ridge Partnership FEIN 36-3285080 (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$2,536,569.00          $2,008,369.00                                  $30,000.00                         $0.00

**Major Activities affecting case closing:**
The Trustee sold Debtor's interest in real property - 12536 Route 34, Plano, IL.  Claims review is in progress in preparation for case closing.

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**   12/31/2015          /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-34668-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KOTNOUR, DALE J | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1024 | Checking Acct #: | ******0330 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DALE J. KOTNOUR |
| For Period Beginning: | 9/24/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/13/2015 | (2) | DALE J. KOTNOUR | SALE OF DEBTOR'S EQUITY INTEREST IN PROPERTY | 1110-000 | $30,000.00 | | $30,000.00 |
| 02/22/2016 | 1001 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $12.20 | $29,987.80 |
| 06/24/2016 | 1002 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $1,096.50 | $28,891.30 |
| 06/24/2016 | 1003 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $53.10 | $28,838.20 |
| 06/24/2016 | 1004 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $3,750.00 | $25,088.20 |
| 06/24/2016 | 1005 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $9,137.00 | $15,951.20 |
| 06/24/2016 | 1006 | Inland Bank & Trust | Claim #: 1; Distribution Dividend: 1.21; | 7100-000 | | $15,918.57 | $32.63 |
| 06/24/2016 | 1007 | Inland Bank & Trust | Claim #: 3; Distribution Dividend: 1.21; | 7100-000 | | $32.63 | $0.00 |
| | | | **TOTALS:** | | $30,000.00 | $30,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $30,000.00 | $30,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $30,000.00 | $30,000.00 | |

| For the period of 9/24/2014 to 7/12/2016 | | For the entire history of the account between 03/13/2015 to 7/12/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,000.00 | Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 | Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-34668-ERW | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | KOTNOUR, DALE J | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1024 | | Checking Acct #: | ******0330 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DALE J. KOTNOUR |
| For Period Beginning: | 9/24/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $30,000.00 | $30,000.00 | $0.00 |

**For the period of 9/24/2014 to 7/12/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/24/2014 to 7/12/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN